IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02645-WDM-MJW

PATRICIA J. VOLKER,

    Plaintiff,

v.

T. MOBILE USA, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to file reply in excess of ten pages is granted.

Dated:  March 14, 2006

                                                  s/ Jane Trexler, Secretary/Deputy Clerk